Neema Sahni (Bar No. 274240)
nsahni@cov.com
Alexander L. Schultz (Bar No. 340212)
aschultz@cov.com
Zachary R. Glasser (Bar No. 329443)
zglasser@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: +1 (424) 332-4800

Eric C. Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: + 1 (202) 662-6000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Ahmet S. Yayla, et al.,

Plaintiffs,

vs.

Refinitiv US LLC, et al.,

Defendants.

Civil Case No.: 8:23-cv-00830-CJC-JDEx

**DECLARATION OF ERNST PIENAAR IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6)**

Hearing Date: July 22, 2024
Time: 1:30 p.m.
Judge: Hon. Cormac J. Carney
Courtroom: 9B

# DECLARATION

I, Ernst Pienaar, declare as follows based on personal knowledge:

1. I am the group director of World-Check Specialist Research at Global World-Check Holdings (Nominee) Ltd. I have held this position since 2018. From 2009 to 2018, I was Global Head of World-Check Research. I am therefore familiar with the nature and operation of World-Check through my employment.

## I. World-Check

2. World-Check is a subscription-only service used by financial institutions, corporations, law enforcement, governments, and intelligence agencies to assist with know-your-customer, anti-money laundering compliance, and due diligence needs. The information in World-Check is obtained from publicly available sources.

3. World-Check is an informational database that displays information to customers based on search queries. Access to the information in the World-Check database is provided to customers on a subscription only basis, for specific screening purposes. Customers cannot interact with other customers via World-Check. A subscription to World-Check cannot be purchased on the World-Check database. Instead, there is a form on LSEG.com where businesses interested in purchasing a subscription can input their contact information to be contacted by sales staff.[1]

4. There is no advertising within the World-Check database.

5. The World-Check database does not differ based on what country it is accessed in. There are no country or region-specific versions of World-Check.

6. Refinitiv Limited in the United Kingdom exercises operational and editorial control over the content in World-Check.

7. World-Check data is hosted on servers located in Ireland and the U.K., and the data is processed out of those servers to all World-Check customers.

---

[1] *See* https://www.lseg.com/en/risk-intelligence/screening-solutions/world-check-kyc-screening.

8. World-Check has a global customer base. As of December 2023, World-Check had 12,450 global customers. The greatest number of those customers (approximately 40%) are located in countries in Europe, including 1,302 (10.4%) in the United Kingdom alone. In contrast, only 1,355 (10.8%) of those customers are located in the United States. There are World-Check customers in every U.S. state. Only 168 customers (1.3% of the global total) are located in California, and there are more World-Check customers in other U.S. states (such as New York).

9. World-Check also has global coverage. World-Check monitors all major international and national watchlists and sanctions lists published by governments and independent, nongovernment bodies, in addition to global media reports. As of February 1, 2024, there were more than 5 million records in World Check covering more than 240 countries and territories. Barely 10% of those records are associated with the United States.[2] And less than 10% of the U.S. records are associated with California (approximately 1.1% of the global total).[3]

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

By:



Ernst Pienaar

Dated: 22 April 2024

[2] These figures are based on the "Countries" field associated with World-Check records.

[3] These figures are based on the "Locations" field associated with World-Check records.