Neema Sahni (Bar No. 274240)
nsahni@cov.com
Alexander L. Schultz (Bar No. 340212)
aschultz@cov.com
Zachary R. Glasser (Bar No. 329443)
zglasser@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: +1 (424) 332-4800

Eric C. Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: + 1 (202) 662-6000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Ahmet S. Yayla, et al.,

Plaintiffs,

vs.

Refinitiv US LLC, et al.,

Defendants.

Civil Case No.: 8:23-cv-00830-CJC-JDEx

**DECLARATION OF DAVID WILSON IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6)**

Hearing Date: July 22, 2024
Time: 1:30 p.m.
Judge: Hon. Cormac J. Carney
Courtroom: 9B

# DECLARATION

I, David Wilson, declare as follows based on personal knowledge:

1. I am the group head of Customer Third Party and Risk at Refinitiv Limited. I have held this position since July 2023. On account of my employment, I am knowledgeable about operation of the World-Check database as well as the corporate structure and operations of the London Stock Exchange Group plc ("LSEG"), Refinitiv Limited, and Global World-Check Holdings (Nominee) Ltd. ("Global WC").

## I. London Stock Exchange Group plc

2. LSEG is a publicly owned company organized under the laws of the United Kingdom with its principal place of business in London, England.

3. As of 2022, LSEG had over 250 subsidiaries.[1] Four of those subsidiaries are Refinitiv Limited, Refinitiv US LLC ("Refinitiv US"), Global World-Check Holdings (Nominee) Ltd. ("Global WC"), and Refinitiv US Organization LLC ("RUSO"). Refinitiv Limited and Refinitiv US are affiliates only; neither entity is the parent or subsidiary of the other. Global WC is a wholly owned subsidiary of Refinitiv Limited, and RUSO is a wholly owned subsidiary of Refinitiv US.

4. LSEG has no offices in the United States and no employees in the United States.

5. LSEG acquired the Refinitiv business, including the entities responsible for World-Check (among other products), from Thomson Reuters and a consortium of certain investment funds managed by Blackstone Group Inc. in January 2021.[2]

---

[1] London Stock Exchange Group plc, Annual Report 2022, at 233–44, *available at* https://www.lseg.com/content/dam/lseg/en_us/documents/investor-relations/annual-reports/lseg-annual-report-2022.pdf (hereinafter "LSEG 2022 Annual Report").

[2] *See* London Stock Exchange Group plc, Annual Report 2020, at 2, 76, 121, *available at* https://www.lseg.com/content/dam/lseg/en_us/documents/investor-relations/annual-reports/lseg-annual-report-2020.pdf (hereinafter "LSEG 2020 Annual Report"); Thomson Reuters, *Thomson Reuters Announcing Closing of Sale of Refinitiv to London Stock Exchange Group* (Jan. 29, 2021), *available at* https://www.thomsonreuters.com/en/press-releases/2021/january/thomson-reuters-announces-closing-of-sale-of-refinitiv-to-london-stock-exchange-group.html.

6. LSEG does not exercise operational or editorial control over the content in World-Check, oversee or manage business operations or research for World-Check, or market or sell access to World-Check.

7. Prior to the Refinitiv acquisition, LSEG already had significant commercial activities. In 2020, for example, LSEG's total income was £2.4 billion across three business divisions—Data & Analytics (providing customers with a ride range of leading information and data products), Capital Markets (providing access to capital for domestic and international participants and electronic platforms for secondary market trading of equities), and Post Trade (providing customers with a range of clearing and bilateral services and financial resource optimization and reporting solutions).[3]

8. Following the Refinitiv acquisition, LSEG continues to engage in significant commercial activities apart from World Check. For example, in 2022, LSEG's Data & Analytics division generated £4.944 billion in revenue; its Capital Markets division generated £1.459 billion in revenue; and its Post Trade division generated £991 million in revenue.[4] Within the Data & Analytics division, revenue from Customer & Third-Party Risk Solutions products—which comprise a suite of risk solutions products that help regulated businesses and corporate organizations conduct due diligence, meet Know Your Customer (KYC) commitments, onboard customers and combat financial crime, and of which World-Check constitutes but one such product—accounted for £425 million (8%) of total LSEG revenue in 2022.[5]

9. LSEG does not manage or otherwise direct the day-to-day operations or commercial activities of Refinitiv Limited, Global WC, Refinitiv US, or RUSO.

10. None of the officers and directors of LSEG are officers or directors of Refinitiv Limited, Global WC, Refinitiv US, or RUSO.

---

[3] LSEG 2020 Annual Report, *supra*, at 2, 8.

[4] LSEG 2022 Annual Report, *supra*, at 3.

[5] *Id.* at 16.

11. LSEG has its own employees. None of LSEG's employees are also employees of (or officers and directors of) Refinitiv Limited, Global WC, Refinitiv US, or RUSO.

12. LSEG maintains separate bank accounts and books and records from Refinitiv Limited, Global WC, Refinitiv US, and RUSO.

13. LSEG maintains a separate operating budget from Refinitiv Limited, Global WC, Refinitiv US, and RUSO.

14. LSEG does not provide, and has never provided, direct financing to Refinitiv Limited, Global WC, Refinitiv US, or RUSO.

15. LSEG does not receive, and has never received, direct financing from Refinitiv Limited, Global WC, Refinitiv US, or RUSO.

16. LSEG does not commingle, and has never commingled, assets or funds with Refinitiv Limited, Global WC, Refinitiv US, and RUSO.

17. LSEG is responsible for payment of its own debts and liabilities.

18. LSEG has ample capitalization. As disclosed in LSEG's 2022 Annual Report, for the year ending December 31, 2022, LSEG had total assets of £26.391 billion (and LSEG's subsidiaries collectively had total assets of £835.156 billion).[6]

## II. Refinitiv Limited

19. Refinitiv Limited is incorporated and headquartered in the United Kingdom.

20. Refinitiv Limited operates World-Check, including establishing the inclusion criteria that determine what content can or cannot be included in World-Check, and exercising control and authority regarding the inclusion or exclusion of any content in World-Check.

21. Refinitiv Limited has no offices in the United States and no employees in the United States.

[6] *Id.* at 163.

22. World-Check is only one of many different products in Refinitiv Limited's portfolio.

23. Refinitiv Limited has granted a sub-license to Financial & Risk Organisation Limited (a United Kingdom entity), which is an intellectual property holding company, authorizing the sale and distribution of World-Check (in addition to other products).

24. Refinitiv Limited's board of directors has not delegated the day-to-day running of its business (including with respect to World-Check) to LSEG.

25. Refinitiv Limited has its own management structure and conducts business through its own departments.

26. Refinitiv Limited has its own corporate books and records, including its own articles of association.

27. Refinitiv Limited is responsible for payment of its own debts and liabilities.

28. Refinitiv Limited has ample capitalization. For the year ending in December 31, 2022, Refinitiv Limited had total assets of £7.353 billion.

29. Refinitiv Limited executes commercial agreements in its own name.

**III. Global World-Check Holdings (Nominee) Ltd.**

30. Global WC is incorporated in the United Kingdom.

31. Global WC manages business operations and research for World-Check, including data governance, data quality assurance, and management of third-party data providers.

32. All of Global WC's employees are staffed in a branch office located in South Africa.

33. Global WC has its own corporate books and records, including its own articles of association.

34. Global WC is responsible for payment of its own debts and liabilities.

35. Global WC has ample capitalization. For the year ending in December 31, 2022, Global WC had total assets of over £87.9 million.

36. In 2022, the officers and directors of Global WC were: Carla O'Hanlon (Secretary), Peter Thorn (Director), and Timothy Knowland (Director). In 2022, Ms. O'Hanlon was not an officer, director, or board member of Refinitiv Limited. None of these individuals are also employees of LSEG.

**IV. Exhibits**

37. Attached as Exhibit A is a true and correct copy of the Refinitiv World-Check Privacy Statement, which is also available at https://www.refinitiv.com/en/products/world-check-kyc-screening/privacy-statement.

38. Attached as Exhibit B is a true and correct copy of the Refinitiv Privacy Statement, which is also available at https://www.refinitiv.com/en/policies/privacy-statement.

39. Attached as Exhibit C is a true and correct copy of the World-Check record pertaining to Ahmet S. Yayla, as it appeared in the World-Check database on December 27, 2021.

40. Attached as Exhibit D is a true and correct copy of the World-Check record pertaining to Ahmet S. Yayla, as it appeared in the World-Check database on April 29, 2022.

41. Attached as Exhibit E is a true and correct copy of the World-Check record pertaining to Selcuk Atak, as it appeared in the World-Check database on December 29, 2021.

42. Attached as Exhibit F is a true and correct copy of the World-Check record pertaining to Selcuk Atak, as it appeared in the World-Check database on January 20, 2023.

43. Attached as Exhibit G is a true and correct copy of the World-Check record pertaining to Murat Kalyoncu, as it appeared in the World-Check database on January 11, 2023.

44. Attached as Exhibit H is a true and correct copy of the World-Check record pertaining to Murat Kalyoncu, as it appeared in the World-Check database on March 8, 2023.

45. Attached as Exhibit I is a true and correct copy of the World-Check record pertaining to Huseyin Mercan, as it appeared in the World-Check database on December 29, 2021.

46. Attached as Exhibit J is a true and correct copy of the World-Check record pertaining to Huseyin Mercan, as it appeared in the World-Check database on January 25, 2023.

47. Attached as Exhibit K is a true and correct copy of the World-Check record pertaining to Huseyin Mercan, as it appeared in the World-Check database on March 20, 2023.

48. Attached as Exhibit L is a true and correct copy of the World-Check record pertaining to Mevlut Hilmi Cinar, as it appeared in the World-Check database on December 29, 2021.

49. Attached as Exhibit M is a true and correct copy of the World-Check record pertaining to Mevlut Hilmi Cinar, as it appeared in the World-Check database on May 12, 2022.

50. Attached as Exhibit N is a true and correct copy of the World-Check record pertaining to Mevlut Hilmi Cinar, as it appeared in the World-Check database on June 20, 2022.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.



DATED: 22 April 2024 By:

David Wilson