Neema Sahni (Bar No. 274240)
nsahni@cov.com
Alexander L. Schultz (Bar No. 340212)
aschultz@cov.com
Zachary R. Glasser (Bar No. 329443)
zglasser@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: +1 (424) 332-4800

Eric C. Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: + 1 (202) 662-6000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Ahmet S. Yayla, et al.,

Plaintiffs,

vs.

Refinitiv US LLC, et al.,

Defendants.

Civil Case No.: 8:23-cv-00830-CJC-JDEx

**DECLARATION OF MARY BURKE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6)**

Hearing Date: July 22, 2024
Time: 1:30 p.m.
Judge: Hon. Cormac J. Carney
Courtroom: 9B

# DECLARATION

I, Mary Burke, declare as follows based on personal knowledge:

1. I am the Group Head of Sales and Account Management for the Americas employed by Refinitiv US LLC ("Refinitiv US"). Having worked within sales, product and business leadership within the organization (including Thomson Reuters' Financial & Risk business and Thomson Financial) for over 20 years, I have held my current position since February 2023. Refinitiv US is a wholly owned subsidiary of the London Stock Exchange Group plc ("LSEG"). Refinitiv US Organization LLC ("RUSO") is a wholly owned subsidiary of Refinitiv US.

## I. Refinitiv US LLC

2. Refinitiv US is incorporated in Delaware with its principal place of business in New York.

3. Refinitiv US is involved in the sales and marketing of subscriptions to World-Check in the United States (among other products sold by Refinitiv US), but has no decision-making control or editorial role in determining what content will be included in World-Check, nor does it maintain or host any World-Check data. Refinitiv US does not exercise operational or editorial control over the content in World-Check.

4. Refinitiv US employs approximately 1,655 individuals in the United States. Approximately 60 (3.6%) of Refinitiv US's employees are based in California.

5. The large majority of Refinitiv US's employees are not involved in the marketing or sale of World-Check; only approximately 128 of Refinitiv US's employees in total have regular duties include marketing or selling subscriptions to World-Check and other products to customers in the United States. As noted in Paragraph 3, none of these employees exercise operational or editorial control over the content in World-Check.

6. Of these 128 employees, only 10 are California-based.

7. In 2022, California sales of World-Check accounted for 14.0% of Refinitiv US's total revenue from sales of World-Check in the United States. From 2019 to 2021, this figure fluctuated between 12.9% and 14.9%.

8. In contrast, in 2022, New York sales of World-Check accounted for 20.3% of Refinitiv US's total revenue from sales of World-Check in the United States. From 2019 to 2021, these figures fluctuated between 20.8% and 23.2%.

9. Refinitiv US has spent approximately £324,000 (approximately $400,000 at current exchange rates) on advertising for World-Check in the United States (including California) over the last three fiscal years, only 8.5% of which (approximately £27,600, or $34,200) was spent in California.

10. For the U.S. as a whole, in the last three fiscal years, Refinitiv US's advertising generated 786,484 impressions, 276 clicks, and 2,039 view-through conversions. In California, Refinitiv US's advertising generated 71,017 impressions, only 42 clicks, and only 164 view-through conversions. Refinitiv US's advertising did not differentiate between internet users with IP addresses originating from specific U.S. states or otherwise target California.

11. Refinitiv US has its own management structure and conducts business through its own departments.

12. Refinitiv US has its own articles of incorporation and its own corporate books and records.

13. Refinitiv US maintains separate bank accounts and books and records from RUSO.

14. Refinitiv US is responsible for payment of its own debts and liabilities.

15. Refinitiv US has ample capitalization. For the year ending in December 31, 2022, Refinitiv US had total assets of $4,960,786,737.03.

16. Refinitiv US executes commercial agreements in its own name.

17. Refinitiv US does not manage or otherwise direct the day-to-day operations or commercial activities of RUSO.

**II. Refinitiv US Organization LLC**

18. RUSO is incorporated in Delaware with its principal place of business in New York.

19. RUSO is an intellectual property holding company. RUSO has only 11 employees, only one of whom is based in California. That employee is managed by a New-York-based employee.

20. RUSO only holds intellectual property relating to multiple LSEG products, and is responsible for providing licenses to Refinitiv US to sell those products and services in the United States.

21. RUSO holds a sub-license from Financial & Risk Organization Limited authorizing the sale of World-Check subscriptions in the United States (in addition to other products). RUSO has entered into a distribution agreement with Refinitiv US to market and sell subscriptions to World-Check to customers in the United States.

22. RUSO does not exercise operational or editorial control over the content in World-Check, nor does it maintain or host any of the data.

23. RUSO has its own articles of incorporation and its own corporate books and records.

24. RUSO owns intellectual property in its own name.

25. When RUSO licenses products to Refinitiv US for sale, it does so through a formal Distribution Agreement.

26. RUSO has ample capitalization. For the year ending in December 31, 2022, RUSO had total assets of $2,487,704,153.18.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 22, 2024

By: Mary Burke

Mary Burke