Neema Sahni (Bar No. 274240)
nsahni@cov.com
Alexander L. Schultz (Bar No. 340212)
aschultz@cov.com
Zachary R. Glasser (Bar No. 329443)
zglasser@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: +1 (424) 332-4800

Eric C. Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: + 1 (202) 662-6000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ahmet S. Yayla, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Refinitiv US LLC, et al.,<br><br>Defendants. | Civil Case No.: 8:23-cv-00830-CJC-JDEx<br><br>**DECLARATION OF ALEXANDER L. SCHULTZ IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: July 22, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Cormac J. Carney<br>Courtroom: 9B |

**DECLARATION**

I, Alexander Schultz, declare as follows:

1. I am an associate at the law firm of Covington & Burling LLP. I am one of the attorneys representing Defendants Refinitiv Limited, Global World-Check Holdings (Nominee) Ltd. ("Global WC"), London Stock Exchange Group plc ("LSEG"), Refinitiv US Organization LLC ("RUSO"), and Refinitiv US LLC ("Refinitiv US") (all together, "Defendants") in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. Attached as **Exhibit O** is a true and correct copy of an excerpt from the Turkish government's website, as it appeared as of April 11, 2024, which reflects Plaintiff Ahmet S. Yayla's inclusion on the Turkish Ministry of Interior's "Gray List."

3. Attached as **Exhibit P** is a true and correct copy of an excerpt from the Turkish government's website, as it appeared as of April 11, 2024, which reflects Plaintiff Selcuk Atak's inclusion on the Turkish Ministry of Interior's "Gray List."

4. Attached as **Exhibit Q** is a true and correct copy of an excerpt from the Turkish government's website, as it appeared as of April 11, 2024, which reflects Plaintiff Murat Kalyoncu's inclusion on the Turkish Ministry of Interior's "Gray List."

5. Attached as **Exhibit R** is a true and correct copy of an excerpt from the Turkish government's website, as it appeared as of April 11, 2024, which reflects Plaintiff Huseyin Mercan's inclusion on the Turkish Ministry of Interior's "Green List."

6. Attached as **Exhibit S** is a true and correct copy of an excerpt from the Turkish government's website, as it appeared as of April 11, 2024, which reflects Plaintiff Mevlut Hilmi Cinar's inclusion on the Turkish Ministry of Interior's "Gray List."

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2024, in Los Angeles, California.

By: ____________________
Alexander L. Schultz