# EXHIBIT C

| | |
|---|---|
| UID | 4835557 |
| VERSIONCREATEDDATE | 2021-12-27 06:00 |
| LAST NAME | YAYLA |
| FIRST NAME | Ahmet Sait |
| ALIASES | |
| LOW QUALITY ALIASES | |
| NATIVE ALIASES | |
| ALTERNATIVE SPELLING | |
| CATEGORY | NONCONVICTION TERROR |
| TITLE | |
| SUB-CATEGORY | |
| POSITION | |
| AGE | |
| AGE DATE (AS OF DATE) | |
| DOB | 1973[redacted] |
| PLACE OF BIRTH | Izmir, Turkey |
| DECEASED | |
| PASSPORTS | |
| IDENTIFICATION NUMBER | 31351894970 |
| LOCATIONS | ~,~ TURKEY |
| CITIZENSHIPS | TURKEY |
| E/I | M |
| LINKED TO INDIVIDUAL | |
| COMPANIES NAMES | FETULLAHCI TEROR ORGUTU/PARALEL DEVLET YAPILANMASI |
| FURTHER INFORMATION | [BIOGRAPHY] Reported associate of Fetullahci Teror Orgutu/Paralel Devlet Yapilanmasi (FETO/PDY). [IDENTIFICATION] Turkish National Identification Number: 31351894970. [FUNDING] To be determined. [REPORTS] Jan 2019 - name appeared on the Gray List of wanted terrorists released by the Turkish Ministry of Interior. Dec 2021 - assets in Turkey blocked by the Ministry of Treasury and Finance pursuant to Law No.6415 on the Prevention of the Financing of Terrorism (Official Gazette of the Republic of Turkey No. 31699). |
| KEYWORDS | TRMASAK~TRMOI |
| SPECIAL INTEREST CATEGORIES | Terror Related; Frozen and Seized Assets; Absconder or Fugtive |
| EXTERNAL SOURCES | http://www.terorarananlar.pol.tr/detaylar/Sayfalar/gritamliste.aspx?Paged=TRUE&p__x00d6_RG_x00dc_T_x00dc_=FET%C3%96%2fPDY&p_ID=1025&PageFirstRow=151&SortField=_x00d6_RG_x00dc_T_x00dc_&SortDir=Asc&&View=%7b2FBE9207-CB6C-471A-8574-7DE39234DB19%7d https://ms.hmb.gov.tr/uploads/sites/12/2021/12/RESMI-GAZETE_24_ARALIK.pdf https://www.resmigazete.gov.tr/eskiler/2021/12/20211224-16.pdf |
| LAST WORLD-CHECK UPDATE DATE | 2021-12-27 06:00 |
| ENTERED | 2019-01-24 |
| PEP STATUS | |
| PEP ROLE | |
| PEP ROLE LEVEL | |
| PEP POSITION | |
| PEP ROLE STATUS | |
| PEP ROLE TERM START DATE | |
| PEP ROLE TERM END DATE | |
| PEP ROLE BIO | |