# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmet S. Yayla, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Refinitiv US LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 8:23-cv-00830-AB-JDEx<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**Current Hearing Date: 11/15/2024**<br>**Requested Date: 12/6/2024** |

GOOD CAUSE APPEARING, the Parties' stipulation to continue the November 15, 2024 hearing on Defendants' Motion to Dismiss the FAC to December 6, 2024, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  October 31, 2024

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT